# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL GIGNAC, individually and as he is the duly appointed Personal Representative of the Estate of LAURIE ANN GIGNAC, <br><br>　　Plaintiff, <br><br>vs. <br><br>CHRISTOPHER SANDERS, M.D. and ATTLEBORO INTERNAL MEDICINE, P.C., <br><br>　　Defendants. | § § § § § § § § § § § § § § § § |

Civ. Act. No. 1:13-cv-10019-IT
JURY TRIAL DEMANDED

## STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of Fed. R. Civ. P. 41(a)(1)(ii), hereby stipulate that said action be dismissed, with prejudice and without costs, and waiving all rights of appeal.

1539450.v1

Respectfully submitted,

/s/ Charles W. Miller
Michael Lurie, BBO # 553024
mlurie@mrelegal.com
MACDONALD ROTHWEILER EISENBERG LLP
One Bowdoin Square
Boston, MA 02114
617-747-7550 (phone)
617-747-7551 (fax)


Charles W. Miller,
Texas Bar No. 24007677
Charles@hop-law.com
HEYGOOD, ORR & PEARSON
2331 W. Northwest Highway, 2nd Floor
Dallas, TX 75220
214-237-9001 (office)
214-237-9002 (fax)

**Attorneys for Plaintiff, Michael Gignac, as he is the duly appointed Personal Representative of the Estate of Laurie Ann Gignac, and her heirs at law**


/s/ Rachel E. Moynihan
Peter C. Knight, BBO #276000
Pknight@morrisonmahoney.com
Rachel E. Moynihan, BBO #66387
rmoynihan@morrisonmahoney.com
MORRISON MAHONEY, LLP
250 Summer Street
Boston, MA 02210
627-439-7500 (office)
617-342-4928 (fax)

**Attorneys for Defendants Christopher Sanders, MD and Attleboro Internal Medicine, PC**

## CERTIFICATE OF SERVICE

  I, Rachel Moynihan, hereby certify that on this the 22nd day of July 2015, I caused a copy of the foregoing to be served on counsel to the parties through the Court's Electronic Case Filing system.

                  */S/ Rachel Moynihan*
                  Rachel Moynihan